IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SARAH DILLARD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:22-CV-1215-RP |
| | § | |
| INTERNACIONAL REALTY | § | |
| MANAGEMENT, LLC, and L. MIGUEL | § | |
| ARCE, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendants Internacional Realty Management, LLC's ("IRM") and L. Miguel Arce's ("Arce") Motion to Dismiss, (Dkt. 6), and the parties' Joint Notice of Filing Agreed Order to Resolve Motion to Dismiss, (Dkt. 8). The parties represent that they have agreed to resolve Defendants' motion to dismiss in accordance to their notice. (*Id.*). Specifically, the parties agree that the motion to dismiss should be granted as to Count II of Plaintiff's Complaint, (Dkt. 1), which should be dismissed with prejudice. The parties further agree that the motion should be denied in all other respects. In light of the parties' notice, the Court will grant in part and deny in part the motion to dismiss.

Accordingly, **IT IS ORDERED** that Defendants' motion to dismiss, (Dkt. 6), is **GRANTED IN PART AND DENIED IN PART.** Count II of Plaintiff's Complaint, (Dkt. 1), "Sex

Discrimination under the Texas Commission on Human Rights Act (TCHRA), Texas Labor Code § 21.0015" is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Defendants' motion is **DENIED** in all other respects. Counts I, III, and IV of Plaintiff's Complaint are not dismissed.

**IT IS FINALLY ORDERED** that Defendants shall answer or otherwise respond to Plaintiff's Complaint on or before February 1, 2023.

**SIGNED** on January 17, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE