IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SARAH DILLARD, <br><br> Plaintiff, <br><br> v. <br><br> INTERNACIONAL REALTY MANAGEMENT, LLC & L. MIGUEL ARCE, <br><br> Defendants. | § § § § § § § § § § § § § <br><br> Case No. 1:22-cv-1215-DAE |

## JOINT STATUS REPORT REGARDING MEDIATION

Pursuant to the Court's September 6, 2023 Scheduling Order (Doc. 26), Plaintiff Sarah Dillard and Defendants Internacional Realty Management, LLC and L. Miguel Arce report that the parties mediated with Don Philbin on December 4, 2023. The parties were not able to reach a settlement.

Date: December 4, 2023

Respectfully submitted,

By:_____
John R. Nelson
Texas Bar No. 00797144
Kristen E. Hudson
Texas Bar No. 241200442
Adam T. Walton
Texas Bar No. 24093323
Andrew J. Alvarado
Texas Bar No. 034136
DICKINSON WRIGHT PLLC
607 W. 3rd Street, Suite 2500
Austin, Texas 78701
Telephone: (512) 770-4200
Fax: (844) 670-6009
jnelson@dickinson-wright.com

By:\_\_\_\_/s/ Aimee Vidaurri_____
Michael W. O'Donnell
James I. Hughes
Mario A. Barrera
Aimee Vidaurri
NORTON ROSE FULBRIGHT
111 W. Houston Street, Suite 1800
San Antonio, Texas 78205
(210) 224-5575
Mike.odonnell@nortonrosefulbright.com
James.hughes@nortonrosefulbright.com
Mario.barrera@nortonrosefulbright.com
Aimee.vidaurri@nortonrosefulbright.com

| | |
|---|---|
| khudson@dickinson-wright.com<br>awalton@dickinson-wright.com<br>aalvarado@dickinson-wright.com | *Counsel for Defendants Internacional Realty Management & L. Miguel Arce* |
| *Counsel for Plaintiff Sarah Dillard* | |

## CERTIFICATE OF SERVICE

On the 5th day of December 2023, I filed the foregoing document with the Court's electronic filing system, which served a true and correct copy of the foregoing document on all counsel of record via the Court's electronic service system.

                                                      */s/ John R. Nelson*
                                                     John R. Nelson