UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SARAH DILLARD, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL NO. 1:22-CV-01215-DAE |
| § | |
| INTERNACIONAL REALTY MANAGEMENT, LLC, L. MIGUEL ARCE, § § § | |
| § | |
| Defendants. § | |

**O R D E R**

Before the Court is Plaintiff Sarah Dillard's Motion to Modify the Scheduling Order, Dkt. 60. After considering the Motion and all related briefing, the Court will **DENY** the Motion and instead extend the scheduling order 30 days to allow for depositions that have been noticed to be taken. "The Court has broad discretion regarding whether to modify a scheduling order[.]" *Connell W. Trucking Co., Inc. v. Estes Express Lines*, No. EP-20-CV-312-KC, 2022 WL 21712355, at *2 (W.D. Tex. Nov. 30, 2022). In light of other deadlines in this case that are quickly approaching, extending the scheduling order by 30 days will promote efficiency and judicial economy.

The parties shall have until February 5, 2024, to complete the Outstanding Depositions as defined in Internacional Realty's Response, Dkt. 61. All other deadlines set forth in the Order and Amended Scheduling Order, Dkt. 26, shall remain in place.

It is so **ORDERED.**

SIGNED January 5, 2024.

                                                                             _____
                                                                             DUSTIN M. HOWELL
                                                                             UNITED STATES MAGISTRATE JUDGE