**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| SARAH DILLARD | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 1:22-cv-1215-DAE |
| | § | |
| INTERNACIONAL REALTY MANAGEMENT, LLC & L. MIGUEL ARCE, | § | |
| | § | |
| Defendants. | § | |

**AGREED MOTION TO EXTEND APRIL 2, 2024 DEADLINE TO FILE STIPULATION OF DISMISSAL OR AGREED JUDGMENT**

NOW COMES Plaintiff who files this Agreed Motion to extend for at least one week the parties' April 2, 2024 deadline to file a stipulation of dismissal or agreed judgment. In support of this Agreed Motion, Plaintiff would respectfully show the Court as follows:

1. On January 23, 2024, the Court entered its Order for Settlement Papers (Doc. 69), requiring the parties to submit a stipulation of dismissal or agreed judgment and any appropriate supporting documents on or before March 19, 2024.

2. Since then, the parties have worked continually to finalize their written settlement agreement and accompanying documents to memorialize the settlement in principle that they reached in January 2024. The case remains settled in principle, but the parties now request an extension of one week of the April 2, 2024 deadline so that they may finalize the wording of the Settlement Agreement.

3. This request is not sought for delay only but so that the interests of justice may be fulfilled by allowing the parties to reduce the parties' settlement to writing in the form of a formal, fully executed Settlement Agreement.

WHEREFORE, Plaintiff Sarah Dillard respectfully requests that the Court enter an Order extending the deadline to file the dismissal documents until at least April 9, 2024.

Respectfully submitted,

By:____________________________

John R. Nelson
Texas Bar No. 00797144
Kristen E. Hudson
Texas Bar No. 241200442
Adam T. Walton
Texas Bar No. 24093323
DICKINSON WRIGHT PLLC
607 W. 3rd Street, Suite 2500
Austin, Texas 78701
Telephone: (512) 770-4200
Fax: (844) 670-6009
jnelson@dickinson-wright.com
khudson@dickinson-wright.com
awalton@dickinson-wright.com

***Counsel for Plaintiff Sarah Dillard***

AGREED:

By: *____/s/ Aimee Vidaurri____________*

Michael W. O'Donnell
James I. Hughes
Mario A. Barrera
Aimee Vidaurri
NORTON ROSE FULBRIGHT
111 W. Houston Street, Suite 1800
San Antonio, Texas 78205
(210) 224-5575
Mike.odonnell@nortonrosefulbright.com
James.hughes@nortonrosefulbright.com
Mario.barrera@nortonrosefulbright.com
Aimee.vidaurri@nortonrosefulbright.com

***Counsel for Defendants Internacional Realty Management & L. Miguel Arce***

## CERTIFICATE OF CONFERENCE

On the 2nd day of April 2024, I emailed Mike O'Donnell and Aimee Vidaurri, counsel for Defendants, regarding the substance of this motion. Defendants are in agreement.

John R. Nelson

## CERTIFICATE OF SERVICE

On the 2nd day of April 2024, I filed the foregoing document with the Court's electronic filing system, which served a true and correct copy of the foregoing document on all counsel of record via the Court's electronic service system.

John R. Nelson