**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| SARAH DILLARD<br><br>Plaintiff,<br><br>v.<br><br>INTERNACIONAL REALTY MANAGEMENT, LLC & L. MIGUEL ARCE,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:22-cv-1215-DAE |

**ORDER**

Before the Court is the parties' Agreed Motion to Extend by one week the Court's April 2, 2024 Deadline to File Stipulation of Dismissal or Agreed Judgment. The Court finds that the motion is well founded and based on good cause, and the Court hereby **GRANTS** the motion.

The deadline for the parties to file a stipulation of dismissal or agreed judgment and any appropriate supporting documents shall be extended to April 9, 2024.

Signed this ___________ day of ______________, 20___.

______________________________
Hon. David Ezra,
United States District Judge

AGREED AS TO FORM AND SUBSTANCE:

______________________________
John R. Nelson, Counsel for Plaintiff

/s/ *Aimee Vidaurri*
Aimee Vidaurri, Counsel for Defendants