**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| SARAH DILLARD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Case No.: 1:22-cv-1215-RP |
| INTERNACIONAL REALTY MANAGEMENT, LLC AND L. MIGUEL ARCE, | § | |
| | § | |
| | § | |
| | § | |
| Defendants. | | |

## NOTICE OF DISMISSAL WITH PREJUDICE

NOW COME Plaintiff Sarah Dillard ("Dillard") and Defendants Internacional Realty Management, LLC ("IRM") and L. Miguel Arce ("Arce") (collectively, the "Parties") and jointly file this their Notice of Dismissal with Prejudice (the "Stipulation") and respectfully show the Court as follows:

The Parties agree to the dismissal of all claims and counterclaims asserted among the Parties with prejudice to the refiling of any and all such claims. The Parties agree to the dismissal of this case with prejudice, as evidenced by their signature below. Each party shall bear its costs and attorneys' fees as outlined in the Settlement Agreement entered into by the Parties on April 5, 2024.

## PRAYER

WHEREFORE, the Parties pray that the Court take notice of this Dismissal with Prejudice, and enter the Attached Order of Dismissal with Prejudice included as Exhibit A.

Dated: April 5, 2024

Respectfully submitted,

*/s/ Michael W. O'Donnell*

Michael W. O'Donnell
State Bar No. 24002705
mike.odonnell@nortonrosefulbright.com
Mario Barrera
State Bar No. 01805915
Mario.barrera@nortonrosefulbright.com
James Hughes
State Bar No. 24074453
James.hughes@nortonrosefulbright.com
Aimee Vidaurri
State Bar No. 24098550
Aimee.vidaurri@nortonrosefulbright.com
Frost Tower
111 W. Houston Street, Suite 1800
San Antonio, Texas 78205
Telephone: (210) 224-5575
Facsimile: (210) 270-7205

*Attorneys for Defendants Internacional Realty Management, LLC and L. Miguel Arce*

/s/

John R. Nelson
State Bar No. 00797144
Kristen E. Hudson
State Bar No. 24120442
Andrew J. Alvarado
State Bar No. 24118811
Dickinson Wright PLLC
607 W. 3rd Street, Suite 2500
Austin, Texas 78701
Telephone: 512-770-4200
Fax: 844-670-6009
Email: jnelson@dickinson-wright.com
Email: khudson@dickinson-wright.com
Email: aalvarado@dickinson-wright.com

*Attorneys for Plaintiff Sarah Dillard*

**CERTIFICATE OF SERVICE**

On April 5, 2024, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court, which will affect service on the following counsel of record:

John R. Nelson
State Bar No. 00797144
Kristen E. Hudson
State Bar No. 24120442
Andrew J. Alvarado
State Bar No. 24118811
Dickinson Wright PLLC
607 W. 3rd Street, Suite 2500
Austin, Texas 78701
Telephone: 512-770-4200
Fax: 844-670-6009
Email: jnelson@dickinson-wright.com
Email: khudson@dickinson-wright.com
Email: aalvarado@dickinson-wright.com

*Attorneys for Plaintiff Sarah Dillard*

*/s/ Michael W. O'Donnell*
Michael W. O'Donnell