# EXHIBIT
# A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| SARAH DILLARD<br><br>Plaintiff,<br><br>v.<br><br>INTERNACIONAL REALTY MANAGEMENT, LLC & L. MIGUEL ARCE,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:22-cv-1215-DAE |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

This Court, having considered the Notice of Dismissal with Prejudice (the "Notice"), wherein the Parties announced to the Court that all matters and things in dispute in this case have been resolved and that this case should be dismissed with prejudice in accordance with the terms and conditions of the Confidential Settlement and Mutual Release Agreement executed by the parties herein and release all claims, cross-claims, and/or counter-claims asserted in this case, and further that their agreement includes the entry of this Agreed Order of Dismissal with Prejudice Nothing Final Judgment.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that all claims asserted in this suit are DISMISSED WITH PREJUDICE, and that each of the Parties shall have and recover NOTHING by way of the claims, cross-claims, and/or counter-claims asserted against any one or more of the Parties in this suit. Each of the Parties shall bear their own attorneys' fees and costs.

It is further ORDERED, ADJUDGED, and DECREED that all relief not expressly granted herein is hereby DENIED, whether the relief was requested or whether it could have been requested in this case.

THIS IS A FINAL ORDER of the Court that disposes of all claims with each party bearing its own costs.

It is so **ORDERED**.

**SIGNED** this **___** day of April, 2024.

______________________________________
DAVID A. EZRA
SENIOR UNITED STATES DISTRICT JUDGE

Dated: April 5, 2024

**AGREED TO:**

*/s/ Michael W. O'Donnell*

Michael W. O'Donnell
State Bar No. 24002705
mike.odonnell@nortonrosefulbright.com
Mario Barrera
State Bar No. 01805915
Mario.barrera@nortonrosefulbright.com
James Hughes
State Bar No. 24074453
James.hughes@nortonrosefulbright.com
Aimee Vidaurri
State Bar No. 24098550
Aimee.vidaurri@nortonrosefulbright.com
Frost Tower
111 W. Houston Street, Suite 1800
San Antonio, Texas 78205
Telephone: (210) 224-5575
Facsimile: (210) 270-7205
*Attorneys for Defendants Internacional Realty Management, LLC and L. Miguel Arce*

John R. Nelson
State Bar No. 00797144
Kristen E. Hudson
State Bar No. 24120442
Andrew J. Alvarado
State Bar No. 24118811
Dickinson Wright PLLC
607 W. 3rd Street, Suite 2500
Austin, Texas 78701
Telephone: 512-770-4200
Fax: 844-670-6009
Email: jnelson@dickinson-wright.com
Email: khudson@dickinson-wright.com
Email: aalvarado@dickinson-wright.com

*Attorneys for Plaintiff Sarah Dillard*