IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SARAH DILLARD, <br><br>　　　　Plaintiff, <br><br>v. <br><br>INTERNACIONAL REALTY MANAGEMENT, LLC & L. MIGUEL ARCE, <br><br>　　　　Defendants. | § § § § § § § § § § § § § Case No. 1:22-cv-1215-DAE |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

　　　　This Court, having considered the Notice of Dismissal with Prejudice (the "Notice"), wherein the Parties announced to the Court that all matters and things in dispute in this case have been resolved and that this case should be dismissed with prejudice in accordance with the terms and conditions of the Confidential Settlement and Mutual Release Agreement executed by the parties herein and release all claims, cross-claims, and/or counter-claims asserted in this case, and further that their agreement includes the entry of this Agreed Order of Dismissal with Prejudice Nothing Final Judgment.

　　　　IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that all claims asserted in this suit are **DISMISSED WITH PREJUDICE,** and that each of the Parties shall have and recover NOTHING by way of the claims, cross-claims, and/or counter-claims asserted against any one or more of the Parties in this suit.  Each of the Parties shall bear their own attorneys' fees and costs.

　　　　It is further ORDERED, ADJUDGED, and DECREED that all relief not expressly granted herein is hereby DENIED, whether the relief was requested or whether it could have been requested in this case.

- 2 -

THIS IS A FINAL ORDER of the Court that disposes of all claims with each party bearing its own costs.

The Clerk is **INSTRUCTED TO CLOSE THE CASE.**

It is so **ORDERED**.

**SIGNED** this 15th day of April, 2024.

DAVID A. EZRA
SENIOR UNITED STATES DISTRICT JUDGE